UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS HARRIS, # 218238, | |
| Plaintiff, | Case No. 1:05-cv-722 |
| v. | Honorable Robert Holmes Bell |
| LIEUTENANT KOWALSKI, et al., | **JUDGMENT** |
| Defendants. | |

In accordance with the Memorandum Opinion issued herewith,

IT IS ORDERED that plaintiff's objections (docket # 33) are OVERRULED.

IT IS FURTHER ORDERED that the magistrate judge's report and recommendation (docket # 32) is ADOPTED as the court's opinion.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (docket # 13) is DENIED.

IT IS FURTHER ORDERED that defendants' motion for summary judgment (docket # 21) is GRANTED and that judgment be and hereby is entered in favor of defendants on all plaintiff's claims.

Date:   May 12, 2006            /s/ Robert Holmes Bell
                                ROBERT HOLMES BELL
                                CHIEF UNITED STATES DISTRICT JUDGE